Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Hwy, Suite C-115
Santa Fe Springs, California 90670

Phone (562) 868-5886
Fax (562) 868-5491

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RULETTA WATSON, | Case No.: **1:05-at-00936** |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| JO ANNE B. BARNHART, | |
| Commissioner of Social Security, | |
| Defendant | |

Plaintiff may file this action without the prepayment of the filing fee.  It is so ordered.

DATE:  July 29, 2005

　　　　　　　　　　／s/ Dennis L. Beck　　　　　　　
　　　　　　　　UNITED STATES MAGISTRATE JUDGE