```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6

 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9

10  RULETTA WATSON,                  )    1:05-cv-0983 DLB
                                     )
11                  Plaintiff,       )    STIPULATION AND
                                     )    ORDER TO EXTEND
12             v.                    )    TIME
                                     )
13  JO ANNE B. BARNHART,             )
    Commissioner of Social           )
14  Security,                        )
                                     )
15                  Defendant.       )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's opening

19  brief be extended from April 24, 2006 to May 24, 2006.

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28
```

This is defendant's first request for an extension of time to file defendant's opposition to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                            Respectfully submitted,

Dated: April 18, 2006        /s/ Denise Bourgeois Haley
                                     (As authorized via facsimile)
                                     DENISE BOURGEOIS HALEY
                                     Attorney for Plaintiff


Dated: April 18, 2006        McGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Kimberly A. Gaab
                                     KIMBERLY A. GAAB
                                     Assistant U.S. Attorney


    IT IS SO ORDERED.

**Dated:   April 25, 2006**                 **/s/ Dennis L. Beck**
9b0hie                                          UNITED STATES MAGISTRATE JUDGE